UST−101A    Designation of Trustee and Notice of Selection (v.12.09)                                        USBC,EDCA

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California | |
|---|---|
| DESIGNATION OF TRUSTEE<br>AND NOTICE OF SELECTION | Case Number<br>11−42469 − B − 13 |
| In re<br><br>Caryn S. Bennett | FILED<br><br>9/16/11<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>auto |

Standing Chapter 13 Trustee Jan P Johnson is hereby appointed Trustee of the above−named Debtor's(s') estate. The Standing Chapter 13 Trustee has filed a blanket bond pursuant to Federal Rule of Bankruptcy Procedure 2010(a).

If the Standing Chapter 13 Trustee does not notify the Office of the United States Trustee and the Court in writing of rejection of the office within seven days after receipt of notice of selection, the Standing Chapter 13 Trustee shall be deemed to have accepted the office.

Dated: 9/16/11

Office of the United States Trustee
Region 17 −− Sacramento Office

August B. Landis
United States Trustee

Antonia G. Darling
Assistant United States Trustee